IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Kellie DeFries** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| *versus* | § | |
| | § | |
| **MSB Trade Inc.** *dba* Central Sales; **SEI Boutique** | § | |
| **LLC** *dba* SEI Boutique; | § | |
| | § | |
| US entity Defendants | § | |
| | § | |
| *and* | § | |
| | § | |
| **Jiarui_US** *dba* JRUI Tech; **Shenzhen Xiruiya** | § | |
| **Technology Inc.** *dba* Libby's Store; | § | |
| **Guangzhou Yun He Trading Ltd.** *dba* Honey | § | |
| Joy Beauty & Health; **Qingdao Haifusheng** | § | |
| **Commercial and Trading Co., Ltd.** *dba* | § | |
| Haifusheng *and dba* HH1; | § | Civil Action No. ___ |
| **Hefeinenxiongshangmaoyouxiangongsi** *dba* | § | |
| Zhouyanghao, *dba* PAFUWEI; | § | |
| **Shenzhenshixinqitongdianzishangwuyouxian** | § | |
| **ggongsi** *dba* Xinqitong *and dba* SKD-US; | § | |
| **Liaochengshichaoyueshangmaoyouxiangongs** | § | |
| **i** *dba* Chaoyue; **Jiangxi Pengxian Shiye Co.** | § | |
| *dba* Lootaan; **Pujiang Qiaoqiao Crystal Ltd.** | § | **Jury Demand** |
| *dba* Shiny Crystal *and dba* Nibiru; **Nanjing** | § | |
| **Good Stone Sink Decoration Engineering Co.** | § | |
| *dba* Aroic; | § | |
| **Shenzhenbaishenghongchangmaoyiyouxiang** | § | |
| **ongsi** *dba* MissDeer-US; **Shenzhen Baisite** | § | |
| **Network Technology Co. Ltd.** *dba* Bysiter; | § | |
| **Shenzhenshi** | § | |
| **Honghaodianzishangwuyouxiangongsi** *dba* | § | |
| Yokilly Beauty; | § | |
| **ShenZhenShiJiHengDianZiShangWu Co.** | § | |
| **Ltd.** *dba* TCsupply; **Xuqian Xu** *dba* | § | |
| BeautyChen; **Shen Zhen Shi Xin Ji Hong Ke** | § | |
| **Ji You Xian Gong Si** *dba* Ultevy *and dba* | § | |
| Yinglong US; **Shenzhen Youzen Commerce** | § | |
| **Co. Ltd.** *dba* Biutee Store; **Jiu Quan Lan Xin** | § | |
| **Shang Mao You Xian Gong Si** *dba* Kryuie; **He** | § | |
| **Siying** *dba* Moibase; **Gao YongXue** *dba* | § | |

**COMPLAINT FOR PATENT INFRINGEMENT**      **PAGE 1**

Yongsuus; **Yueqing Ogry International Trade Co. Ltd.** *dba* Orgry US Tech; **HiMo Direct** *dba* Shenzhen Shi Baoan Qu Shajing Jingyida Muju xiange; **Junhui Peng** *dba* Onwon; **Qiming Qin** *dba* Aliface *and dba* Winskysea *and dba* Winsocool; **Guangzhou Yun He Trading Ltd.** *dba* Honey Joy Beauty & Health; **Dongguan Haonuosen Network Technology Co., Ltd.** *dba* Dongguanshi Haonuosen Wangluokeji Youxiangongsi and Honoson; **Shenzhen Jingdu Network Technology Co. Ltd.** *dba* Unique2u; **ShenZhen ManManLi Cosmetics Limited** *dba* NMKL38; **Dongguan Tatuo Network Technology Co., Ltd.** *dba* Deskoti, *and dba* Tatuo US; **yiqingguan dianzishangwu youxiangongsi** *dba* ECLEAR; **Shenzhenshi Aodawo Shangmaoyouxiangongsi** *dba* Audab Store; **Shenzhen Aoshang Technology Co., Ltd.** *dba* shenzhenshiaoshangkejiyouxiangongsi *and dba* Aoshang; **Wuhan Xiaqi Technology Co., Ltd.** *dba* Vikerer and Vikerer-US; **Dequan Yu** *dba* MuOu; **Guizhoukaiyihaobangongjiajuyouxiangongsi** *dba* FVFGB; **Wang Yue Xia** *dba* Tophoolink; **Guangzhou Huiqi Trading Co., Ltd.** *dba* GuangzhouHuiqimaoyiyouxiangongsi *and dba* Amaoz; **GuangZhou ShiDe Trade Company Limited** *dba* Beuniar; **ShenZhen GuoHao Technology Development Co., Ltd.** *dba* Eyxformula; **Guangzhou Dixian Garment Co., Ltd** *dba* Latibell; **GuTeng technology Co,Ltd** *dba* Angnya Nails; **Shenzhen Shi Hongbisheng Ke Ji You Xian Gong Si** *dba* TEOYALL; **Dongguanshijieshimeidianzikejiyouxiangong si** *dba* COSITTE; **Liaocheng Kangyue Trading Co., Ltd.** *dba* Kang Yue Trading0; **Hefei hongteng wangluo keji you xian gong si** *dba* Mooerca US; **Shenzhenshi Fuheng E-commerce Co., Ltd** *dba* Shenzhenshi Fuheng Dian Zi Shangwu Youxian Gongsi *and dba* Noverlife; **Yiwu Jingqiao Technology Co., Ltd.** *dba* JQiao; **Pujiang Ruiyi Hardware Tools Co., Ltd.** *dba* AILIPU; **Shenzhen Yingshihong Electronic Technology Co., Ltd.** *dba* Henry & Helen; **Shenzhenshi Peiyun Keji**

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

**Youxiangongsi** *dba* Yuntop; **Zhengding Xian**  §
**Giaoling Shang Mao You Xian Gong Si** *dba*  §
Qiaoling Trade Co., Ltd.; **Zhongshanshi**  §
**Xiaomiao Dianzi Shangwu Youxiangongsi**  §
*dba* Afantti US; **Dong Guan Shi Jia Sheng**  §
**Dian Zi Shang Wu You Xian Gong si** *dba*  §
Jiasheng Direct and Jiasheng Store; **Huizhou**  §
**YLTD Logistics Technology Co., Ltd.** *dba*  §
Love Lifes;  §
**yiwushioumeidianzishangwuyouxiangongsi**  §
*dba* Nail SF;  §
**Nanjingqianroubuliaoyouxiangongsi** *dba*  §
Yinglong US; *and* **Does 1-50**.  §
  §
        Chinese Entity Defendants.  §

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Kellie DeFries hereby sues the Defendants listed above and alleges as follows:

### THE PARTIES

1.      Plaintiff **Kellie DeFries** is an individual residing in National City, California and doing business in the Northern District of Texas.

2.      Defendant **MSB Trade Inc.** *dba* Central Sales is an American entity with listed offices at: 1 Central Sales Way, Highland Mills NY, 10930 US. On information and belief, MSB Trade Inc. may be reached at this address.

3.      Defendant **SEI Boutique LLC** *dba* SEI Boutique is an American entity with listed offices at: Room 307, 1315 W Gum St., Rogers, AR, 72758-5020 US. On information and belief, SEI Boutique LLC. may be reached at this address.

4.      Plaintiff has identified a plurality of Chinese entities with self-reported contact information that it finds untrustworthy. Plaintiff has drafted a motion for leave to conduct jurisdictional discovery of third-party Amazon.com, Inc., who can reasonably expected possess relevant contact information for each Defendant but, on information and belief, alleges herein:

a.      Defendant **Jiarui_US** *dba* JRUI Tech is a Chinese entity with

listed offices at: Room 301, No. 2, San Wai Road, Chung Tau, Dongguan city,

Chang'an Town, Guangdong Province 523000 CN. On information and belief,

JIARUI_US may be reached at this address. JRUI_US has disclosed mailroom-

ch@mg-ip.com as a correspondence email with the USPTO and, on information

and belief, may be reached at this email address.

b.      Defendant **Guangzhou Yun He Trading Ltd.** *dba* Honey Joy

Beauty & Health is a Chinese entity with listed offices at: Room 307, Jin Fu

Building, Qi Fu Road No. 90,Bai Yun District, Guangzhou, Guangdong, China,

Guangzhou, Guang Dong 510410.CN. On information and belief, Guangzhou

Yun He Trading Ltd. may be reached at this address. Guangzhou Yun He Trading

Ltd. has disclosed 3513807825@qq.com as a correspondence email with the

USPTO and, on information and belief, may be reached at this address.

c.      Defendant **Qingdao Haifusheng Commercial and Trading Co.,**

**Ltd.** *dba* Haifusheng *and dba* HH1 is a Chinese entity with listed offices at:

Liuting Street, Chengyang District, 500 meters north of Shuangbu Community

Neighborhood Committee, Qingdao, Shandong Province, 266100 CN. On

information and belief, Qingdao Haifusheng Commercial and Trading Co., Ltd.

may be reached at this address.

d.      Defendant **Hefeinenxiongshangmaoyouxiangongsi** *dba*

Zhouyanghao *and dba* PAFUWEI is a Chinese entity with listed offices at: Room

301, Office Building, Xingchen Garden, Xuancheng Road, Hefei, Baohe District,

Anhui Province, 230000 CN. On information and belief, Qingdao Haifusheng

Commercial and Trading Co., Ltd. may be reached at this address. Hefeinenxiongshangmaoyouxiangongsi has disclosed topmark@vip.126.com as a correspondence email with the USPTO and, on information and belief, may be reached at this email address.

e.      Defendant **Shenzhenshixinqitongdianzishangwuyouxianggongsi** *dba* Xinqitong *and dba* SKD-US is a Chinese entity with listed offices at: zhangshubushequzhangfubeilu8haosanqi3dong2002, zhangshubushequzhangfubeilu8haosanqi3dong2002, Shenzhen, Guangdong, 518000 CN. On information and belief, Shenzhenshixinqitongdianzishangwuyouxianggongsi may be reached at this address.

f.      Defendant **Liaochengshichaoyueshangmaoyouxiangongsi** *dba* CHAOYUES is a Chinese entity with listed offices at: No. 27, Zone B, Ten Billion Logistics Park, Phoenix Industrial Park, Liaocheng, Dongchangfu District, Shandong Province, 252000 CN. On information and belief, Liaochengshichaoyueshangmaoyouxiangongsi may be reached at this address. Liaochengshichaoyueshangmaoyouxiangongsi has disclosed m.bao@kkklaw.com and jk.oh@kkklaw.com as correspondence emails with the USPTO and, on information and belief, may be reached at any of these email addresses.

g.      Defendant **Jiangxi Pengxian Shiye Co.** *dba* Lootaan is a Chinese entity with listed offices at: Gongyedadao 129 Jinxian Wengangzhen Tanhucunweihui, Duanjiacun, Nanchang, Jiangxi, 330017, CN. On information and belief, Jiangxi Pengxian Shiye Co may be reached at this address. Jiangxi

Pengxian Shiye Co. has disclosed vat_linruolan@aliyun.com as a correspondence email with the USPTO and, on information and belief, may be reached at this address.

h.      Defendant **Pujiang Qiaoqiao Crystal Ltd.** *dba* Shiny Crystal *and dba* Nibiru is a Chinese entity with listed offices at: No.95, Songxi Village, Punan Street, Pujiang, Jinhua, Zhejiang, 322200, CN. On information and belief, Pujiang Qiaoqiao Crystal Ltd. may be reached at this address.

i.      Defendant **Nanjing Good Stone Sink Decoration Engineering Co.** *dba* Aroic is a Chinese entity with listed offices at: Room 1209, Unit 1, Building 06, Wanhui City (North District), No. 8 Pukou Avenue, Jiangbei New District, Nanjing, Pukou District, Jiangsu Province, 211899 CN. On information and belief, Nanjing Good Stone Sink Decoration Engineering Co. may be reached at this address. Nanjing Good Stone Sink Decoration Engineering Co. has disclosed wayy634@163.com as a correspondence email with the USPTO and, on information and belief, may be reached at this address.

j.      Defendant **Shenzhenbaishenghongchangmaoyiyouxiangongsi** *dba* MissDeer-US is a Chinese entity with listed offices at: Shui'an New Town Community, Ganzhou City, Longnan, Jiangxi Province, 341700 CN. On information and belief, Shenzhenbaishenghongchangmaoyiyouxiangongsi may be reached at this address. Shenzhenbaishenghongchangmaoyiyouxiangongsi has disclosed HAOBIDETM@126.com, zhangariel69@gmail.com, and jmlawchina@gmail.com as correspondence emails with the USPTO and, on information and belief, may be reached at any of these email addresses.

k.      Defendant **Shenzhen Baisite Network Technology Co. Ltd.** *dba*
Bysiter is a Chinese entity with listed offices at: Room 302 12th 3 Lane
Lingxiahuayuan Xinan Street Baoan District, Shenzhen, Guangdong 518101 CN.
On information and belief, Shenzhen Baisite Network Technology Co., Ltd. may
be reached at this address. Shenzhen Baisite Network Technology Co. Ltd. has
disclosed siziven@gmail.com as a correspondence email with the USPTO and, on
information and belief, may be reached at this address.

l.      Defendant **Shenzhenshi Honghaodianzishangwuyouxiangongsi**
*dba* Yokilly Beauty is a Chinese entity with listed offices at: Longgangqu
Bantianjiedao Wuheshequ, Zhujiangxujingjiayuan Diyidong A405 Shi, Shenzhen,
Guangdong, 518000 CN. On information and belief, Shenzhenshi
Honghaodianzishangwuyouxiangongsi may be reached at this address.
Shenzhenshi Honghaodianzishangwuyouxiangongsi has disclosed
usa@howlader.net as a correspondence email with the USPTO and, on
information and belief, may be reached at this address.

m.      Defendant **ShenZhenShiJiHengDianZiShangWu Co. Ltd.** *dba*
TCsupply is a Chinese entity with listed offices at: Yantian Community, Xixiang
Street 102, No. 2, Lane 7, New 1 Village, Yantian ShenZhen City Baoan 518000
CN. On information and belief, ShenZhenShiJiHengDianZiShangWu Co. Ltd.
may be reached at this address.

n.      Defendant **Xuqian Xu** *dba* BeautyChen is a Chinese entity with
listed offices at: Yuantanzhen Shuangfenggongyequ, Anqinshi, Anhui, 246314
CN. On information and belief, Xuqian Xu may be reached at this address.

Xuqian Xu has disclosed info@julawoffice.com and otzc010@126.com as

correspondence emails with the USPTO and, on information and belief, may be

reached at any of these email addresses.

      o.     Defendant **SHEN ZHEN SHI XIN JI HONG KE JI YOU XIAN**

**GONG SI** *dba* Ultevy *and dba* Yinglong US is a Chinese entity with listed

offices at: Dalang Street Peak Community, Room 505, Ayutthaya Times,

Shenzhen, Longhua new district, Guangdong Province, 518110 CN. On

information and belief, SHEN ZHEN SHI XIN JI HONG KE JI YOU XIAN

GONG SI may be reached at this address. SHEN ZHEN SHI XIN JI HONG KE

JI YOU XIAN GONG SI has disclosed shan.zhulaw@gmail.com and

us@chanfone.com as correspondence emails with the USPTO and, on information

and belief, may be reached at any of these email addresses.

      p.     Defendant **Shenzhen YOUZEN Commerce Co. Ltd.** *dba* Biutee

Store is a Chinese entity with listed offices at: Room 502, B building, East

Industrial Zone, Bantian street, Longgang District, SHENZHEN, GUANGDONG,

518129 CN. On information and belief, Shenzhen YOUZEN Commerce Co. Ltd.

may be reached at this address. Shenzhen YOUZEN Commerce Co. Ltd. has

disclosed 2853277606@qq.com and 2850712070@qq.com as correspondence

emails with the USPTO and, on information and belief, may be reached at any of

these email addresses.

      q.     Defendant **Jiu Quan Lan Xin Shang Mao You Xian Gong Si**

*dba* Kryuie is a Chinese entity with listed offices at: 208A,2/F,A1, West

Plaza,Shenzhen North Station, Zhiyuan Middle, Shenzhen Longhua Dist.,

Guangdong 518000 CN. On information and belief, Jiu Quan Lan Xin Shang Mao You Xian Gong Si may be reached at this address.

r.        Defendant **HE SIYING** *dba* Moibase is a Chinese entity with listed offices at: C, 9th Floor, Lijing Pavilion, Haizhu Peninsula Garden, No. 45, Binjiang East Road, Guangzhou City, Haizhu District, Guangdong Province, 510260 CN. On information and belief, HE SIYING may be reached at this address. HE SIYING has disclosed richess@126.com as a correspondence email with the USPTO and, on information and belief, may be reached at this email address.

s.        Defendant **Gao YongXue** *dba* Yongsuus is a Chinese entity with listed offices at: No. 4, Yuanshan Village, Weixin Town, Dingxi, Min County, Gansu, 748400 CN. On information and belief, Gao YongXue may be reached at this address.

t.        Defendant **Yueqing Ogry International Trade Co. Ltd.** *dba* Orgry US Tech is a Chinese entity with listed offices at: Hongqiao Town Shangxianyang Village, Xianlongqian Road, Num. 33, Wenzhou, Zhejiang 325608 CN. On information and belief, Yueqing Ogry International Trade Co. Ltd.  may be reached at this address.

u.        Defendant **HiMo Direct** *dba* Shenzhen Shi Baoan Qu Shajing Jingyida Muju xiange is a Chinese entity with listed offices at: dongguanshi songshanhu keji shilu, DongGuan GuangDong 523808 CN.

v.        Defendant **Junhui Peng** *dba* Onwon is a Chinese entity with listed offices in 402# 3 building 4th Luozhuang dongli haidian district, beijing beijing

100000 CN. Onwon has discloses kimli201504@163.com and bodoyor@126.com as correspondence emails with the USPTO and on information and belief, would thus receive electronic notice at these addresses.

      w.    Defendant **Qiming Qin** *dba* Aliface *and dba* Winskysea *and dba* Winsocool is a Chinese entity with listed office in 3-1 Hao, Jiao Yu Lu Qing Xiu Qu Nanning Guangxi 530000 CN. On information and belief, Winskysea sells approximately 201 infringing units per month for approximately [amount] via Amazon ASIN Nos. B07CWB7YFX.

      x.    Defendant **Guangzhou Yun He Trading Ltd.** *dba* Honey Joy Beauty & Health is a Chinese entity with listed offices at: Room 307, Jin Fu Building, Qi Fu Road No. 90, Bai Yun District, Guangzhou, Guangdong, China. 510410 CN. Honey Joy Beauty and Health has disclosed 3513807825@qq.com as a correspondence email with the USPTO and, on information and belief, would thus receive electronic notice at this address.

      y.    Defendant **Dongguan Haonuosen Network Technology Co., Ltd.** *dba* Dongguanshi Haonuosen Wangluokeji Youxiangongsi *and dba* Honoson is a Chinese entity [with listed offices at: CHANGANZHEN SHATOU ZHENGDALU 3 HAO 609 FANG ZHENGDALU 3 HAO 609 FANG DONGGUANSHI GUANGDONGSHENG 523866 CN. Honoson has disclosed hengda_Receiving@aliyun.com as a correspondence email with the USPTO and, on information and belief, would thus receive electronic notice at this address.

      z.    Defendant **Shenzhen Jingdu Network Technology Co. Ltd.** *dba* UNIQUE2U is a Chinese entity with listed offices at: Xinan Subdistrict Baoan

District No 506 Building A4 Haibinhuayuan Qianjin 1st Road, Shenzhen Guangdong 518101 CN. UNIQUE2U has disclosed shzoria@gmail.com as a correspondence email with the USPTO and, on information and belief, would thus receive electronic notice at this address.

aa.      Defendant **ShenZhen ManManLi Cosmetics Limited** *dba* NMKL38 is a Chinese entity with listed offices at: Room 401, ShenPin District LongXi Road No58, LongChen Street LongGang, ShenZhen, GuangDong 518100 CN. NMKL38 has disclosed TM@sellergrowth.com as a correspondence email with the USPTO and, on information and belief, would thus receive electronic notice at this address.

bb.      Defendant **DONGGUAN TATUO NETWORK TECHNOLOGY Co., Ltd.** *dba* Deskoti *and dba* Tatuo US  is a Chinese entity with listed offices at: Room 2610B, Aoxinya Building, No. 2030, Caitian South Road, Fushan Community, Futian Street, Shenzhen, Futian district, Guangdong Province 518000 CN. Tatuo US has disclosed linda.lei@getechlaw.com and general@getechlaw.com as correspondence emails with the USPTO and, on information and belief, would thus receive electronic notice at these addresses.

cc.      Defendant **yiqingguan dianzishangwu youxiangongsi** *dba* ECLEAR is a Chinese entity with listed offices at: Building 1, 106 Fengze East Road, X1301-E1243, Guangzhou City, Nansha District, Guangdong Province 512000 CN.

dd.      Defendant **Shenzhenshi Aodawo Shangmaoyouxiangongsi** *dba* Audab Store is a Chinese entity with listed offices at: liutangshequ baominerlu

25hao yanisidasha B201, baoanqu xixiangjiedao, Shenzhen Shi, Guangdong sheng 518000 CN. Audab Store has disclosed jetstile168@outlook.com as a correspondence email with the USPTO and, on information and belief, would thus receive electronic notice at this address.

ee.    Defendant **Shenzhen Aoshang Technology Co., Ltd.** *dba* shenzhenshiaoshangkejiyouxiangongsi *and dba* Aoshang is a Chinese entity with listed offices at: qilinluerxiang6hao903, bantianjiedaonankeshequ, longgang, Shenzhen 518129 CN. Aoshang has disclosed hni@nilawfirm.com and shu20170713@outlook.com as correspondence emails with the USPTO and, on information and belief, would thus receive electronic notice at these addresses.

ff.    Defendant **Wuhan Xiaqi Technology Co., Ltd.** *dba* Vikerer *and dba* Vikerer-US is a Chinese entity with listed offices at: Room A2-11-05, 2nd Floor, Comprehensive Building, Guannan Science and Technology Industrial Park, Wuhan, East Lake New Technology Development Zone, Hubei Province 430070 CN. Vikerer has disclosed support@vikerer.com, betrue@cn-ip.cn, and trademark@cn-ip.cn as correspondence emails with the USPTO and, on information and belief, would thus receive electronic notice at these addresses.

gg.    Defendant **Dequan Yu** *dba* MuOu is a Chinese entity with listed offices at: SituanTown PinggangRoad883-885, 3440 Fengxian, Shanghai 201499 CN.

hh.    Defendant **Guizhoukaiyihaobangongjiajuyouxiangongsi** *dba* FVFGB is a Chinese entity with listed offices at: 4th Floor, Building 4, Quansen

Mahogany Creative Park, No. 4 Jingnan Road, Buji Street (411-Kaiyihao,

Guizhou) Shenzhen, Longgang District, Guangdong Province 518000 CN.

  ii.  Defendant **Wang Yue Xia** *dba* Tophoolink is a Chinese entity with

listed offices at:

baoanquxixiangjiedaobaoandadao5010haoxibuguiguBzuoerlouM227, Shenzhen,

Guangdong, 518101 CN.

  jj.  Defendant **Guangzhou Huiqi Trading Co., Ltd.** *dba*

GuangzhouHuiqimaoyiyouxiangongsi *and dba* Amaoz is a Chinese entity with

listed offices at: 2 Hao 13 Xiang Gangwei Xincun Shapu Xintang Zhen,

Zengcheng, Guangzhou, Guangdong 511338 CN. Amaoz has disclosed

trademark_y@newimmi.com as a correspondence email with the USPTO and, on

information and belief, would thus receive electronic notice at this address.

  kk.  Defendant **GuangZhou ShiDe Trade Company Limited** *dba*

Beuniar is a Chinese entity with listed offices at: No.4 of Room 202, Building

1,NO.87 Dongpu DaMa Road TianHe, NO.87 Dongpu DaMa Road TianHe

District, GuangZhou GuangDong 510000 CN. Beuniar has disclosed

2339161739@qq.com and  2339161739@qq.com as correspondence emails with

the USPTO and, on information and belief, would thus receive electronic notice at

these addresses.

  ll.  Defendant **ShenZhen GuoHao Technology Development Co.,**

**Ltd.** *dba* Eyxformula is a Chinese entity with listed offices at: 202, Building 9,

Dongwu Industrial Plant, Shenzhen, Songhe Community Guangdong 518109 CN.

Exyformula has disclosed 2226109773@qq.com, 2850712070@qq.com, and

2853277606@qq.com as correspondence emails with the USPTO and, on

information and belief, would thus receive electronic notice at these addresses.

      mm.    Defendant **Guangzhou Dixian Garment Co., Ltd** *dba* Latibell is

a Chinese entity with listed offices at: Room506, No. 8, Jiangxiabeizhong Road,

Huangshijie, Baiyun District, Guangzhou, Guangdong 510000 CN. Latibell has

disclosed ip@afnlegal.com as a correspondence email with the USPTO and, on

information and belief, would thus receive electronic notice at this address.

      nn.    Defendant **GuTeng technology Co,Ltd** *dba* Angnya Nails is a

Chinese entity with listed offices at: Hong Gu Tan New World Trade Road 168,

Riverside Villa 6 # underground commercial buildings Room 02, Nanchang

Jiangxi 330038 CN.

      oo.    Defendant **Shenzhen Shi Hongbisheng Ke Ji You Xian Gong Si**

*dba* TEOYALL is a Chinese entity with listed offices at: Fu Tian Qu Nan Yuan

Jie Dao, Fu Xing Lu Da Men Fang 55 Dong 604, Shenzhen, Guangdong, 518033

CN. TEOYALL has disclosed memorytechcenter@hotmail.com as a

correspondence email with the USPTO and, on information and belief, would thus

receive electronic notice at this address.

      pp.    Defendant **Dongguanshijieshimeidianzikejiyouxiangongsi** *dba*

COSITTE is a Chinese entity with listed offices at: Room 486, No. 8, Hongyuan

Road, Dongguan city, Nancheng Jiedao, Guangdong Province 523087 CN.

COSITTE has disclosed liu.trademarks@gmail.com and zxy_ip@outlook.com as

correspondence emails with the USPTO and, on information and belief, would

thus receive electronic notice at these addresses.

qq.     Defendant **Liaocheng Kangyue Trading Co., Ltd.** *dba* Kang Yue

Trading0 is a Chinese entity with listed offices at:

xiangjiangguangcaidashichangjinhaidongsanjie54hao, jinhaidongsanjie54hao,

dongchangfuqguguloujiedaobanshichu, shandongshengliaochengshi 252000 CN.

rr.     Defendant **Hefei hongteng wangluo keji you xian gong si** *dba*

Mooerca US is a Chinese entity with listed offices at: shushanqu wang jiang xi lu

yin xiang xi hu hua yuan, xi zu tuan 2-2127shi, He Fei, An Hui 230000 CN.

Mooerca US has disclosed [trademarks@branding-law.com](mailto:trademarks@branding-law.com) as a correspondence

email with the USPTO and, on information and belief, would thus receive

electronic notice at this address.

ss.     Defendant **Shenzhenshi Fuheng E-commerce Co., Ltd** *dba*

Shenzhenshi Fuheng Dian Zi Shangwu Youxian Gongsi *and dba* Noverlife is a

Chinese entity with listed offices at: Longgangqu Bujijiedao Nansanshequ,

Jiezhenglu 23 Hao Zhanjiangyijian Sushelou 506, Shenzhenshi, Guangdong

510000 CN. Noverlife has disclosed [memorytechcenter@hotmail.com](mailto:memorytechcenter@hotmail.com) as a

correspondence email with the USPTO and, on information and belief, would thus

receive electronic notice at this address.

tt.     Defendant **Yiwu Jingqiao Technology Co., Ltd.** *dba* JQiao is a

Chinese entity with listed offices at: Room 510, Building A9, No. 588, Chunhua

Road, Yiwu City, Beiyuan Jiedao Zhejiang Province 322000 CN.

uu.     Defendant **Pujiang Ruiyi Hardware Tools Co., Ltd.** *dba* AILIPU

is a Chinese entity with listed offices at: No. 8 Wanning Road, Lantang Industrial

Zone, Baima Town, Jinhua, Zhejiang 322205 CN. AILIPU has disclosed

memorytechcenter@hotmail.com as a correspondence email with the USPTO and, on information and belief, would thus receive electronic notice at this address.

vv.      Defendant **Shenzhen Yingshihong Electronic Technology Co., Ltd.** *dba* Henry & Helen is a Chinese entity with listed offices at: 801, Floor 8, Jinxiang Dushi Huayuan, Qingshuihe Street, Luohu District, ShenZhen City, Guangdong Province 518000 CN.

ww.      Defendant **Shenzhenshi Peiyun Keji Youxiangongsi** *dba* Yuntop is a Chinese entity with listed offices at: Room 406, 4th Floor, Building A, Freetech Park, 393 Jihua Road, Shenzhen, Longgang District, Guangdong Province, 518129 CN. Yuntop has disclosed jmlawchina@gmail.com, zhangariel69@gmail.com, and trademarks@126.com as correspondence emails with the USPTO and, on information and belief, would thus receive electronic notice at these addresses.

xx.      Defendant **Zhengding Xian Giaoling Shang Mao You Xian Gong Si** *dba* Qiaoling Trade Co., Ltd. is a Chinese entity with listed offices at: 102, Unit 4, Building 21, Qingxin Garden, Quyang Bridge, Shijiazhuang, Zhengding County, Hebei 050800 CN.

yy.      Defendant **Zhongshanshi Xiaomiao Dianzi Shangwu Youxiangongsi** *dba* Afantti US is a Chinese entity with listed offices at: Dongfengzhen Xiaoli Shequ Jiangfenglu, 3 Hao Erlou Zhier, Zhongshan, Guangdong 528425 CN. Afantti has disclosed sirenate@outlook.com as a

correspondence email with the USPTO and, on information and belief, would thus receive electronic notice at this address.

zz.     Defendant **Dong Guan Shi Jia Sheng Dian Zi Shang Wu You Xian Gong si** *dba* Jiasheng Direct *and dba* Jiasheng Store is a Chinese entity with listed offices at: dao jiao zhen xin chong bian lu er xiang, 6hao 303fang, Dongguan, Guangdong 523321 CN.

aaa.    Defendant **Huizhou YLTD Logistics Technology Co., Ltd.** *dba* Love Lifes is a Chinese entity with listed offices at: 1st floor,building e,haiyanyulan garden,dashihu,henan bank, Dashihu, Henanan,Huicheng, Huizhou, Guangdong 516001 CN.

bbb.    Defendant **yiwushioumeidianzishangwuyouxiangongsi** *dba* Nail SF is a Chinese entity with listed offices at: 5th Floor, Block D, True Love Science and Technology Park, No. 8 Liuhe Road, Yiwu City, Beiyuan Jiedao, Zhejiang Province 322000 CN.

ccc.    Defendant **Nanjingqianroubuliaoyouxiangongsi** *dba* Yinglong US is a Chinese entity with listed offices at: Shenzhen Shiluohuqudongmenjiedao, Wenjingzhonglulianxingdashananzuo809, Shenzhen, Guangdong 518000 CN.

5.      **Does 1-50** are fictitious designations for unauthorized manufacturers, distributors, suppliers, wholesalers, retailers, and vendors infringing on Plaintiff's patents whose true names are currently unknown to the Plaintiff.


NATURE OF THE ACTION

6.      This is a civil action for infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

7. Defendants have and continue to infringe Plaintiff's U.S. Patent No. 10/308,005, U.S. Patent No. 10/675,852, U.S. Patent No. 10/967,625, U.S. Patent No. D867,838, and U.S. Patent No. D867,839 (collectively, "the Asserted Patents"). Ms. DeFries is the legal owner of the Asserted Patents, which were duly and legally issued by the United States Patent and Trademark Office. Plaintiff seeks injunctive relief and monetary damages.

### JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9. Upon information and belief, this Court has personal jurisdiction over each of the Defendants in this action because they have each committed acts within this District giving rise to this action and have established minimum contacts with this forum such that the exercise of jurisdiction over each Defendant would not offend traditional notions of fair play and substantial justice. The Defendants have each committed acts of patent infringement and have regularly and systematically conducted and solicited business in this District by and through at least several theaters in this District.

10. Venue is proper in this District under 28 U.S.C. § 1391 since the Defendants conduct business in this District and a substantial portion of the events or omissions giving rise to this action occurred in this District.

### FACTUAL BACKGROUND

**A.    Plaintiff's Asserted Patents**

11. On June 4, 2019, Plaintiff registered patent no. 10/308,005, titled "Double Ended Hand Tool" comprising 11 claims embodying a tool for picking up and manipulating small items such as flatback crystals or gems, and visualized as follows:



12.     On November 26, 2019, Plaintiff registered patent no. D867,838 titled "Double Ended Hand Tool" 1 claim for the following design:



13.     On November 26, 2019, Plaintiff registered patent no. D867,839 titled "Double Ended Hand Tool" 1 claim for the following design:



14.     On June 9, 2020, Plaintiff registered patent no. 10/675,852, titled "Double Ended Hand Tool" comprising 3 claims embodying a tool for picking up and manipulating small items such as flatback crystals or gems, and visualized as follows:



15.     On April 6, 2021, Plaintiff registered patent no. 10/967,625, titled "Double Ended Hand Tool" comprising 9 claims embodying a tool for picking up and manipulating small items such as flatback crystals or gems, and visualized as follows:



## B.   Defendants' Infringing Products

16.    On information and belief, each of the Defendants, individually and collectively,

sell infringing products by utilizing the platform(s) of Amazon.com, Inc. via one or more of the

following ASIN Numbers:

| | | | |
|---|---|---|---|
| B076M1F81T | B07PH6GN8C | B082V4QG5H | B08HLTZKN1 |
| B07796TC9F | B07PKBLWT4 | B0833TGBQ2 | B08HLV796T |
| B077GNC8FT | B07PVHGTPP | B08521M3QM | B08HLW4HZJ |
| B077RT9DXL | B07PWC7VK3 | B08521W3G5 | B08HVG6XW9 |
| B078W6DMZT | B07PXHLNQ4 | B08522HBBZ | B08LBL4JMG |
| B079GQR1SS | B07PXN5HQ2 | B08522TSDN | B08LPR3JKS |
| B07BK1TMH4 | B07QR976Z9 | B085RQKWNF | B08P5GRW7Y |
| B07BXFSC87 | B07R6GFT2V | B0872QYJGX | B08QSBC7PS |
| B07BXGBV5L | B07RBSRJG2 | B087BSTQ7J | B08RBLFH17 |
| B07C2TCZHH | B07SGXC3NM | B087QMK895 | B08SJ1GNNC |
| B07CC9HZH9 | B07T47PXZC | B088NTNLT1 | B08XXZL83D |
| B07CNF6FB1 | B07T58RX7T | B08B34P513 | B08Z8GSSMT |
| B07CWB7YFX | B07T5CRGHR | B08B37BVLC | B08Z8JQ16X |
| B07D6HQDXX | B07T65M5S5 | B08BC8RJHW | B08Z8KW164 |
| B07DTB2CBR | B07T7DJ1FV | B08BCQ4PGZ | B08Z9K7WGW |
| B07F1KTLRH | B07T7FNB9J | B08BLRZVBV | B08ZHJG3P2 |
| B07GSPX1HL | B07TVCRLSB | B08CXKJ7TQ | B0912H7RB2 |
| B07HQ5NXC9 | B07WNT6SDW | B08CZJD4T9 | B091KWY4NB |
| B07JLHZJDS | B07WNT7K73 | B08CZTBWLN | B091KZPD17 |
| B07KCRGZBN | B07WNT7LDS | B08D67VZYC | B091L2MM53 |
| B07L2RGPSW | B07WRNSHD3 | B08F3PBK73 | B092ZTXX7X |
| B07M6FSQLG | B07WTSP2WH | B08FC4WPSV | B092ZWDVVJ |
| B07MDRVFD3 | B07WVRWMHN | B08FSJSLFG | B092ZX12MR |
| B07NPBM1JN | B07X632YLD | B08FTBZG36 | B093FD2KV1 |
| B07NW9QD9Q | B07XHJC2M8 | B08G8Q56DD | B093H1LCTH |
| B07P5NG3HP | B07YD25H1F | B08GJZBPZK | B093WXZD3F |
| B07P6G7356 | B07Z37PPBV | B08HLS49D5 | B094CYDMSC |
| B07PC1GCD4 | B081CTMWX5 | B08HLSKZM5 | B09CFRDB91 |
| B07PF3VR79 | B0827VWDS9 | B08HLSYQ4T | |

17.    Only jurisdictional discovery to Amazon.com, Inc. can reasonably identify the

proper identities and contact information for each seller of the above referenced ASIN Nos.

Accordingly, Plaintiff files with this petition a motion for jurisdictional discovery of the same.

18.     Further, to the extent any Defendant herein challenges personal jurisdiction, only jurisdictional discovery to Amazon.com, Inc. can reasonably identify the amount of that Defendant's sales in Texas for the purpose of determining this Court's personal jurisdiction over that Defendant. Plaintiff reserves any motion to discovery such information pending a jurisdictional challenge.

19.     Nevertheless, Plaintiff hereby summarizes its business records—attached herein as Exhibit F—as to the above referenced ASIN Nos., as follows:

| Defendant / Entity | ASIN | Price | Estimated Monthly Volume | Estimated Monthly Cost of Infringement |
|---|---|---|---|---|
| Subay Direct | B0827VWDS9 | $ 8.98 | 7409 | $ 66,532.82 |
| | B08XBG4Z46 | $ 14.28 | 15 | $ 214.20 |
| | B08V5MNQR7 | $ 40.99 | 30 | $ 1,229.70 |
| HiMo Direct | B07NPBM1JN | $ 5.99 | 3117 | $ 22,567.08 |
| | B08CZJD4T9 | $ 9.99 | | |
| | B094CZ4F3Z | $ 6.99 | | |
| | B094CYDMSC | $ 5.99 | | |
| Onwon | B07WVRWMHN | $ 5.98 | 256 | $ 1,530.88 |
| | B07WTSP2WH | $ 5.98 | 20 | $ 119.60 |
| | B07WRNSHD3 | $ 5.78 | 381 | $ 2,202.18 |
| | B07WNT7K73 | $ 5.98 | 30 | $ 179.40 |
| | B07WNT7LDS | $ 7.98 | 30 | $ 239.40 |
| | B07WNT6SDW | $ 5.98 | 0 | $ - |
| | B07PH6GN8C | $ 5.98 | 99 | $ 592.02 |
| | B07PKBLWT4 | $ 5.98 | | |
| | B07PF3VR79 | $ 5.98 | | |
| Winsocool | B07CWB7YFX | $ 12.99 | 201 | $ 2,610.99 |
| Honey Joy Beauty & Health | B076M1F81T | $ 7.99 | Unknown | Unknown |
| | B07C2TCZHH | $ 5.99 | | |
| Honoson | B07T47PXZC | $ 8.99 | 33 | $ 296.67 |
| UNIQUE2U | B07MDRVFD3 | $ 4.58 | 120 | $ 591.90 |
| | B07M6FSQLG | $ 4.58 | | |
| | B082V4QG5H | $ 4.58 | | |
| | B08B34P513 | $ 5.99 | | |
| NMKL38 | B07D6HQDXX | $ 13.56 | 47 | $ 351.18 |

| Defendant / Entity | ASIN | | Price | Estimated Monthly Volume | Estimated Monthly Cost of Infringement | |
|---|---|---|---|---|---|---|
| | B07F1KTLRH | $ | 5.95 | | | |
| | B07GSPX1HL | $ | 5.95 | | | |
| | B07796TC9F | $ | 5.95 | | | |
| | B078W6DMZT | $ | 5.95 | | | |
| ANGNYA-US | B079GQR1SS | $ | 6.69 | 165 | $ | 1,128.60 |
| | B09JRPMJDS | $ | 6.99 | | | |
| Tatuo US | B091L2MM53 | $ | 8.59 | 3874 | $ | 33,999.19 |
| | B091KWY4NB | $ | 8.59 | | | |
| | B091KZPD17 | $ | 9.59 | | | |
| Deskoti | B07T7FNB9J | $ | 7.99 | | | |
| | B07T7DJ1FV | $ | 8.75 | | | |
| | B07HQ5NXC9 | $ | 8.72 | | | |
| | B07PC1GCD4 | $ | 7.99 | | | |
| | B07T58RX7T | $ | 9.99 | | | |
| | B07T5CRGHR | $ | 8.99 | 15 | $ | 134.85 |
| ECLEAR | B08FC4WPSV | $ | 7.99 | 250 | $ | 1,997.50 |
| Audab Store | B07QR976Z9 | $ | 13.99 | 179 | $ | 2,504.21 |
| Aoshang | B08F3PBK73 | $ | 4.49 | 977 | $ | 4,386.73 |
| Vikerer | B08CZTBWLN | $ | 8.99 | 3571 | $ | 34,781.54 |
| | B098S47LTN | $ | 9.99 | | | |
| | B08D3RWNZ7 | $ | 9.99 | | | |
| | B098RY8S18 | $ | 9.99 | | | |
| wishes ins | B07PXN5HQ2 | $ | 5.98 | 97 | $ | 580.06 |
| | B08D67VZYC | $ | 5.98 | | | |
| | B088NTNLT1 | $ | 5.98 | | | |
| | B08HVG6XW9 | $ | 5.98 | | | |
| TCsupply | B08G8Q56DD | $ | 8.99 | 710 | $ | 6,382.90 |
| | B09CFRDB91 | $ | 8.99 | 408 | $ | 3,667.92 |
| | B09CFRDB91 | $ | 8.99 | 141 | $ | 1,267.59 |
| MuOu | B081CTMWX5 | $ | 6.99 | Unknown | | Unknown |
| FVFGB | B08BCQ4PGZ | $ | 5.99 | 133 | $ | 796.67 |
| Vikerer-US | B07X632YLD | $ | 13.99 | 189 | $ | 2,644.11 |
| Tophoolink | B07SGXC3NM | $ | 10.99 | 544 | $ | 5,978.56 |
| SEI Boutique | B08GJZBPZK | $ | 8.89 | 2325 | $ | 20,669.25 |
| zhouyanghao | B08QSBC7PS | $ | 8.14 | 45 | $ | 366.30 |
| SKD-US | B08BC8RJHW | $ | 6.59 | 183 | $ | 1,205.97 |
| | B08BC8RJHW | $ | 6.99 | 171 | $ | 1,195.29 |

| Defendant / Entity | ASIN | Price | | Estimated Monthly Volume | Estimated Monthly Cost of Infringement | |
|---|---|---|---|---|---|---|
| Queek | B08FTBZG36 | $ | 5.98 | 214 | $ | 1,387.79 |
| | B08FSJSLFG | $ | 6.99 | | | |
| CHAOYUES | B08521W3G5 | $ | 6.10 | Unknown | | Unknown |
| | B08521M3QM | $ | 6.10 | | | |
| | B08522TSDN | $ | 6.10 | | | |
| | B08522HBBZ | $ | 6.10 | | | |
| Amaoz | B07P6G7356 | $ | 17.99 | 1744 | $ | 31,374.56 |
| Beuniar | B08BL6GP47 | $ | 9.99 | 30 | $ | 299.70 |
| eyxformula | B07NW9QD9Q | $ | 9.99 | 244 | $ | 2,437.56 |
| wall funny | B08C7WNNGT | $ | 7.99 | 90 | $ | 719.10 |
| LATIBELL | B093FHVY8G | $ | 38.98 | 48 | $ | 1,871.04 |
| Ownsig | B07JQ81HM2 | $ | 6.23 | 86 | $ | 535.78 |
| ANGNYA NAILS | B07V42WKQZ | $ | 8.99 | 21 | $ | 188.79 |
| TEOYALL | B08P5GRW7Y | $ | 5.49 | 681 | $ | 3,568.44 |
| | B092ZWDVVJ | $ | 5.49 | | | |
| | B092ZTXX7X | $ | 5.49 | | | |
| | B092ZX12MR | $ | 4.49 | | | |
| Yokilly Beauty | B08LPR3JKS | $ | 7.99 | 836 | $ | 6,679.64 |
| COSITTE | B0953JYF7Y | $ | 11.98 | 679 | $ | 8,134.42 |
| Kang Yue Trading0 | B08LBL4JMG | $ | 9.59 | 266 | $ | 2,550.94 |
| Mooerca US | B093H1LCTH | $ | 7.99 | 231 | $ | 1,845.69 |
| Noverlife | B09JP1SX6C | $ | 23.99 | 115 | $ | 2,854.68 |
| | B09FXSC3B3 | $ | 23.99 | | | |
| | B09FXV1R6L | $ | 25.99 | | | |
| | B09JVHNBMJ | $ | 24.99 | | | |
| | B09FXS9H8D | $ | 25.99 | | | |
| | B09FXSH9Z6 | $ | 23.99 | | | |
| JQiao | B09NPGM4W5 | $ | 35.99 | 390 | $ | 14,036.10 |
| | B09NPJ8NTN | $ | 35.99 | | | |
| | B09NPHRYHC | $ | 35.99 | | | |
| | B09NPJN9BB | $ | 35.99 | | | |
| | B09NPHRMRJ | $ | 35.99 | | | |
| AILIPU | B096L2DKCV | $ | 24.99 | 1758 | $ | 43,932.42 |
| Henry & Helen | B084KM9LP7 | $ | 8.79 | 287 | $ | 2,522.73 |
| yuntop | B092M3YTPZ | $ | 6.47 | 34 | $ | 219.98 |
| Qiaoling Trade Co.,Ltd | B08M9SMFYP | $ | 4.99 | 243 | $ | 1,212.57 |
| | B08MX6MLTB | $ | 4.99 | | | |

| Defendant / Entity | ASIN | Price | Estimated Monthly Volume | Estimated Monthly Cost of Infringement |
|---|---|---|---|---|
| Afantti US | B0912H7RB2 | $ 11.99 | 109 | $ 1,306.91 |
| Jiasheng Direct | B08CXKJ7TQ | $ 5.99 | 154 | $ 922.46 |
| Love Lifes | B095BYWGM6 | $ 32.99 | 156 | $ 5,146.44 |
| Nail SF | B09G2RTJVK | $ 6.89 | 956 | $ 6,650.57 |
| | B09DFYBG57 | $ 6.99 | | |
| | B09DFZ1PPM | $ 6.99 | | |
| | B09HBBM1GK | $ 6.99 | | |
| | B09HB8BBHW | $ 6.99 | | |
| | B09HBRZ8HN | $ 6.99 | | |
| | B09HBFN7KZ | $ 6.99 | | |
| | B09JBJTFR4 | $ 6.89 | | |
| | B09JBJC6G8 | $ 6.89 | | |
| nanjingqianroubuliaoyouxiangongsi | B07L2RGPSW | $ 6.99 | 124 | $ 866.76 |
| DOES 1-50 | B07DTB2CBR | Unknown | Unknown | Unknown |
| | B07R6GFT2V | | | |
| | B0833TGBQ2 | | | |
| | B07BK1TMH4 | | | |
| | B07T65M5S5 | | | |
| | B077RT9DXL | | | |
| | B07Z37PPBV | | | |
| | B07P5NG3HP | | | |
| | B07PXHLNQ4 | | | |
| | B07PVHGTPP | | | |
| | B07PWC7VK3 | | | |
| | B085RQKWNF | | | |
| | B077GNC8FT | | | |
| | B07XHJC2M8 | | | |
| | B087QMK895 | | | |
| | B08SJ1GNNC | | | |
| | B07CNF6FB1 | | | |
| | B07KCRGZBN | | | |
| | B07RWB3JR7 | | | |
| | B08G4LGVJZ | | | |
| | B07CC9HZH9 | | | |
| | | **TOTALS:** | **35,261** per month | **$ 364,210.34** per month |

20.     Exhibit G to this Complaint comprises internet evidence establishing the Amazon.com listings of all named Defendants, from which Plaintiff specifically alleges the following:

a.     On information and belief, Defendant **MSB Trade Inc.** currently sells approximately 46 infringing units per month for approximately $872.62 via Amazon ASIN No. B08B37BVLC. On information and belief, MSB Trade Inc. has been selling infringing units in Texas since approximately June 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



b.     On information and belief, Defendant **JIARUI_US** currently sells approximately 2589 infringing units per month for approximately $22,135.95 via Amazon ASIN Nos. B08CZJD4T9, B094CYDMSC, B07NPBM1JN, and B08CZJD4T9. The following screenshot from Exhibit G shows the Defendant's infringing product:



c.     On information and belief, Defendant **Shenzhen Xiruiya Technology Inc.** currently sells approximately 8 infringing units per month for approximately $55.60 via Amazon ASIN Nos. B07CNF6FB1 and B07KCRGZBN. On information and belief, Xiruiya Technology Inc. has been selling infringing units in Texas since approximately June 2018.

The following screenshot from Exhibit G shows the Defendant's infringing product:



d.      On information and belief, Defendant **Guangzhou Yun He Trading Ltd.** currently sells infringing units via Amazon ASIN Nos. B076M1F81T and B07C2TCZHH. On information and belief, Guangzhou Yun He Trading Ltd. has been selling infringing units in Texas since approximately November 2017. The following screenshot from Exhibit G shows the Defendant's infringing product:



e.      On information and belief, Defendant **SEI Boutique LLC** currently sells approximately 904 infringing units per month for approximately $8,126.96 via Amazon ASIN No. B08GJZBPZK. On information and belief, SEI Boutique, LLC. has been selling infringing units in Texas since approximately October 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



f.      On information and belief, Defendant **Qingdao Haifusheng Commercial and Trading Co., Ltd.** currently sells infringing units via Amazon. On information and belief, SEI Boutique, LLC. has been selling infringing units in Texas since approximately October 2020.

g.      On information and belief, Defendant **Hefeinenxiongshangmaoyouxiangongsi** currently sells infringing units via Amazon ASIN No. B08QSBC7PS. On information and belief, Zhouyanghao has been selling infringing units in Texas since approximately May 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



h.      On information and belief, Defendant **Shenzhenshixinqitongdianzishangwuyouxianggongsi** currently sells approximately 63 infringing units per month for approximately $415.17 via Amazon ASIN No. B08QSBC7PS. The following screenshot from Exhibit G shows the Defendant's infringing product:



i.      On information and belief, Defendant **Liaochengshichaoyueshangmaoyouxiangongsi** currently sells infringing units via Amazon ASIN No. B08521W3G5, B08521M3QM, B08522TSDN, and B08522HBBZ. On information and belief, CHAOYUES has been selling infringing units in Texas since approximately May 2021. The following screenshot from Exhibit G shows

the Defendant's infringing product:



j.      On information and belief, Defendant **Jiangxi Pengxian Shiye Co.**
currently sells approximately 30 infringing units for approximately
$200.70 per month via Amazon ASIN No. B07XHJC2M8 and
B093FD2KV1. On information and belief, Jiangxi Pengxian Shiye Co. has
been selling infringing units in Texas since approximately May 2021. The
following screenshot from Exhibit G shows the Defendant's infringing
product:



k.      On information and belief, Defendant **Pujiang Qiaoqiao Crystal
Ltd.** currently sells approximately 223 infringing units for approximately
$1,781.77 per month via Amazon ASIN No. B093WXZD3F. On
information and belief, Pujiang Qiaoqiao Crystal Ltd. has been selling
infringing units in Texas since approximately July 2021. The following
screenshot from Exhibit G shows the Defendant's infringing product:



l.      On information and belief, Defendant **Nanjing Good Stone Sink
Decoration Engineering Co.** currently sells approximately 202 infringing
units for approximately $1,613.98 per month via Amazon ASIN No.

B08ZHJG3P2. On information and belief, Nanjing Good Stone Sink

Decoration Engineering Co. has been selling infringing units in Texas

since approximately July 2021.

m.      On information and belief, Defendant

**Shenzhenbaishenghongchangmaoyiyouxiangongsi** currently sells

approximately 45 infringing units per month for approximately $582.75

per month via Amazon ASIN No. B08BLRZVBV. On information and

belief, MissDeer-US has been selling infringing units in Texas since

approximately March 2021.

n.      On information and belief, Defendant **Shenzhen Baisite Network**

**Technology Co. Ltd.** currently sells approximately 15 infringing units for

approximately $104.85 per month via Amazon ASIN No. B07JLHZJDS.

On information and belief, Shenzhen Baisite Network Technology Co.

Ltd. has been selling infringing units in Texas since approximately

November 2018. The following screenshot from Exhibit G shows the

Defendant's infringing product:



o.      On information and belief, Defendant Shenzhenshi

Honghaodianzishangwuyouxiangongsi currently sells approximately 447

infringing units per month for approximately $7.99 per month via Amazon

ASIN No. B08LPR3JKS. On information and belief, Yokilly Beauty has

been selling infringing units in Texas since approximately November

2020. The following screenshot from Exhibit G shows the Defendant's

infringing product:



p.      On information and belief, Defendant

**ShenZhenShiJiHengDianZiShangWu Co. Ltd.** currently sells

approximately 30 infringing units for approximately $943.95 per month

via Amazon ASIN No. B09CFRDB91. On information and belief,

ShenZhenShiJiHengDianZiShangWu Co. Ltd. has been selling infringing

units in Texas since approximately August 2021. The following screenshot

from Exhibit G shows the Defendant's infringing product:



q.      On information and belief, Defendant **Xuqian Xu** currently sells

infringing units via Amazon ASIN No. B07YD25H1F. On information

and belief, Xuqian Xu has been selling infringing units in Texas since

approximately October 2019. The following screenshot from Exhibit G

shows the Defendant's infringing product:



r.      On information and belief, Defendant **SHEN ZHEN SHI XIN JI**

**HONG KE JI YOU XIAN GONG SI** currently sells approximately 40

infringing units for approximately $399.60 per month via Amazon ASIN

No. B08XXZL83D. On information and belief, Ultevy has been selling

infringing units in Texas since approximately March 2021. The following

screenshot from Exhibit G shows the Defendant's infringing product:



s.     On information and belief, Defendant **Shenzhen YOUZEN Commerce Co. Ltd.** currently sells approximately 45 infringing units for approximately $269.55 per month via Amazon ASIN No. B07TVCRLSB. On information and belief, Shenzhen YOUZEN Commerce Co. Ltd. has been selling infringing units in Texas since approximately February 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



t.     On information and belief, Defendant **Jiu Quan Lan Xin Shang Mao You Xian Gong Si** currently sells approximately 19 infringing units for approximately $189.81 per month via Amazon ASIN No. B08RBLFH17. On information and belief, Jiu Quan Lan Xin Shang Mao You Xian Gong Si has been selling infringing units in Texas since approximately July 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



u.      On information and belief, **HE SIYING** currently sells approximately 30 infringing units for approximately $239.4 per month via Amazon ASIN No. B08RBLFH17. On information and belief, HE SIYING has been selling infringing units in Texas since approximately March 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



v.      On information and belief, Defendant **Gao YongXue** currently sells approximately 30 infringing units for approximately $239.7 per month via Amazon ASIN No. B08HLTZKN1, B08HLSKZM5, B08HLS49D5, B08HLV796T, B08HLW4HZJ, B08HLSYQ4T. On information and belief, Gao YongXue has been selling infringing units in Texas since approximately November 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



w.      On information and belief, Defendant **Yueqing Ogry International Trade Co. Ltd.** currently sells infringing units via Amazon ASIN No. B087BSTQ7J. On information and belief, Yueqing Ogry International Trade Co. Ltd. has been selling infringing units in Texas since approximately October 2021.

On information and belief, Defendant **HiMo Direct** sells approximately 12,468 infringing units per month for approximately $90,268.32 via Amazon ASIN Nos. B07NPBM1JN, B08CZJD4T9, B094CZ4F3Z, and B094CYDMSC. On information and belief, HiMo Direct has been selling infringing units in Texas since approximately August 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



x.      On information and belief, Defendant **Onwon** sells approximately 758 infringing units per month for approximately $72,570.24 via Amazon ASIN Nos. B07WVRWMHN, B07WTSP2WH, B07WRNSHD3, B07WNT7K73, B07WNT7LDS, B07WNT6SDW, B07PH6GN8C, B07PKBLWT4, and B07PF3VR79. On information and belief, Onwon has been selling infringing units in Texas since approximately October 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



y.      On information and belief, Defendant **Winskysea** has been selling infringing units in Texas since approximately June 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



z.      On information and belief, Defendant **Honey Joy Beauty &**
**Health** has sold infringing units via Amazon ASIN Nos. B076M1F81T
and B07C2TCZHH. On information and belief, Defendant Honey Joy
Beauty & Health has been selling infringing units in Texas since
approximately November 2017. The following screenshot from Exhibit G
shows the Defendant's infringing product:



aa.     On information and belief, Defendant **Honoson** sells
approximately 33 infringing units per month for approximately $296.67
via Amazon ASIN Nos.B07T47PXZC ASINs. On information and belief,
Honoson has been selling infringing units in Texas since approximately
July 2019. The following screenshot from Exhibit G shows the
Defendant's infringing product:



bb.     On information and belief, Defendant **UNIQUE2U** sells
approximately 480 infringing units per month for approximately $2367.60
via Amazon ASIN Nos. B07MDRVFD, B07M6FSQLG, B082V4QG5H,

and B08B34P513. On information and belief, UNIQUE2U has been selling infringing units in Texas since approximately February 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



cc.     On information and belief, Defendant **NMKL38** sells approximately 235 infringing units per month for approximately $1,755.92 via Amazon ASIN Nos. B07D6HQDXX, B07F1KTLRH, B07GSPX1HL, B07796TC9F, and B078W6DMZT. On information and belief, NMKL38 has been selling infringing units in Texas since approximately July 2018. The following screenshot from Exhibit G shows the Defendant's infringing product:



dd.     On information and belief, Defendant **Tatuo US** sells approximately 58,125 infringing units per month for approximately $272128.39 via Amazon ASIN Nos. B07T7FNB9J, B07T7DJ1FV, B07HQ5NXC9, B091L2MM53, B091KWY4NB, B091KZPD17, B07PC1GCD4, B07T58RX7T, and B07T5CRGHR. On information and belief, Tatuo US has been selling infringing units in Texas since approximately October 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



ee.     On information and belief, Defendant **ECLEAR** sells approximately 250 infringing units per month for approximately $1997.50 via Amazon ASIN Nos. B08FC4WPSV. On information and belief, ECLEAR has been selling infringing units in Texas since approximately February 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



ff.     On information and belief, Defendant **Audab Store** sells approximately 250 infringing units per month for approximately $2,504.21 via Amazon ASIN Nos. B07QR976Z9.  On information and belief, Audab Store has been selling infringing units in Texas since approximately May 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



gg.     On information and belief, Defendant **Aoshang** sells approximately 977 infringing units per month for approximately $4,386.73 via Amazon ASIN Nos. B08F3PBK73. On information and belief, Aoshang has been selling infringing units in Texas since approximately August 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



hh.      On information and belief, Defendant **Vikerer** sells approximately 14,473 infringing units per month for approximately $141,770.27 via Amazon ASIN Nos. B08CZTBWLN, B098S47LTN, B08D3RWNZ7, B098RY8S18, and B07X632YLD. On information and belief, Vikerer has been selling infringing units in Texas since approximately August 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



ii.      On information and belief, Defendant **MuOu** has sold infringing units via Amazon ASIN No. B081CTMWX5.  On information and belief, MuOu has been selling infringing units in Texas since approximately September 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



jj.      On information and belief, Defendant **FVFGB** sells approximately 133 infringing units per month for approximately $796.67 via Amazon ASIN Nos. B08BCQ4PGZ. On information and belief, FVFGB has been selling infringing units in Texas since approximately July 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



kk.     On information and belief, Defendant **Tophoolink** sells approximately 544 infringing units per month for approximately $5,978.56 via Amazon ASIN Nos. B07SGXC3NM. On information and belief, Tophoolink has been selling infringing units in Texas since approximately June 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



ll.     On information and belief, Defendant **Amaoz** sells approximately 1744 infringing units per month for approximately $31,374/56 via Amazon ASIN Nos. B07P6G7356. On information and belief, Amaoz has been selling infringing units in Texas since approximately April 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



mm.     On information and belief, Defendant **Beuniar** sells approximately 30 infringing units per month for approximately $299.70 via Amazon ASIN Nos B08BL6GP47. On information and belief, Beuniar has been selling infringing units in Texas since approximately September 2020. The following screenshot from Exhibit G shows the Defendant's infringing product:



nn.     On information and belief, Defendant **Exyformula** sells approximately 244 infringing units per month for approximately $2437.56 via Amazon ASIN Nos. B07NW9QD9Q. On information and belief, Exyformula has been selling infringing units in Texas since approximately April 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



oo.     On information and belief, Defendant **Latibell** sells approximately 48 infringing units per month for approximately $1871.04 via Amazon ASIN Nos. B093FHVY8G. On information and belief, Latibell has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



pp.     On information and belief, Defendant **Angnya Nails** sells approximately 330 infringing units per month for approximately $188.79 via Amazon ASIN Nos. B07V42WKQZ.  On information and belief, Angnya Nails has been selling infringing units in Texas since approximately February October 2019. The following screenshot from Exhibit G shows the Defendant's infringing product:



qq.     On information and belief, Defendant **TEOYALL** sells approximately 2,724 infringing units per month for approximately

$14,273.76 via Amazon ASIN Nos. B08P5GRW7Y, B092ZWDVVJ,

B092ZTXX7X, and B092ZX12MR. On information and belief,

TEOYALL has been selling infringing units in Texas since approximately

October 2021. The following screenshot from Exhibit G shows the

Defendant's infringing product:



rr.     On information and belief, Defendant **COSITTE** sells

approximately 679 infringing units per month for approximately $8134.42

via Amazon ASIN Nos B0953JYF7Y.  On information and belief,

COSITTE has been selling infringing units in Texas since approximately

October 2021. The following screenshot from Exhibit G shows the

Defendant's infringing product:



ss.     On information and belief, Defendant **Kang Yue Trading0** sells

approximately 266 infringing units per month for approximately $2550.94

via Amazon ASIN Nos B08LBL4JMG.  On information and belief, Kang

Yue Trading0 has been selling infringing units in Texas since

approximately April 2021. The following screenshot from Exhibit G

shows the Defendant's infringing product:



tt.     On information and belief, Defendant **Mooerca US** sells

approximately 231 infringing units per month for approximately $1845.69

via Amazon ASIN Nos. B093H1LCTH. On information and belief, Mooerca US has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



uu.      On information and belief, Defendant **Noverlife** sells approximately 690 infringing units per month for approximately $17,1288.10 via Amazon ASIN Nos. B09JP1SX6C, B09FXSC3B3, B09FXV1R6L, B09JVHNBMJ, B09FXS9H8D, and B09FXSH9Z6. On information and belief, Noverlife has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



vv.      On information and belief,Defendant **JQiao** sells approximately 1950 infringing units per month for approximately $70,180.50 via Amazon ASIN Nos. B09NPGM4W5, B09NPJ8NTN, B09NPHRYHC, B09NPJN9BB, and B09NPHRMRJ. On information and belief, JQiao has been selling infringing units in Texas since approximately December 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



ww.     On information and belief, Defendant **AILIPU** sells approximately 1758 infringing units per month for approximately $43,932.42 via Amazon ASIN Nos. B096L2DKCV. On information and belief, AILIPU has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



xx.     On information and belief, Defendant **Henry & Helen** sells approximately 287 infringing units per month for approximately $2522.73 via Amazon ASIN Nos. B084KM9LP7. On information and belief, Henry & Helen has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



yy.     On information and belief, Defendant **Yuntop** sells approximately 34 infringing units per month for approximately $219.98 via Amazon ASIN Nos. B092M3YTPZ. On information and belief, Yuntop has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



zz.     On information and belief, Defendant **Qiaoling Trade Co., Ltd.**
sells approximately 486 infringing units per month for approximately
$2425.14 via Amazon ASIN Nos. B08M9SMFYP, and B08MX6MLTB.
On information and belief, Qiaoling Trade Co., Ltd. has been selling
infringing units in Texas since approximately October 2021. The
following screenshot from Exhibit G shows the Defendant's infringing
product:



aaa.     On information and belief, Defendant **Afantti US** sells
approximately 109 infringing units per month for approximately $1306.91
via Amazon ASIN Nos. B0912H7RB2. On information and belief, Afantti
US has been selling infringing units in Texas since approximately October
2021. The following screenshot from Exhibit G shows the Defendant's
infringing product:



bbb.     On information and belief, Defendant **Jiasheng Direct** sells
approximately 154 infringing units per month for approximately $922.46
via Amazon ASIN Nos. B08CXKJ7TQ. On information and belief,
Jiasheng Direct has been selling infringing units in Texas since
approximately October 2021. The following screenshot from Exhibit G
shows the Defendant's infringing product:



ccc.     On information and belief, Defendant **Love Lifes** sells approximately 486 infringing units per month for approximately $5146.44 via Amazon ASIN Nos. B095BYWGM6 On information and belief, Love Lifes has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



ddd.     On information and belief, Defendant **Nail SF** sells approximately 8.604 infringing units per month for approximately $59855.16 via Amazon ASIN Nos. B09G2RTJVK, B09DFYBG57, B09DFZ1PPM, B09HBBM1GK, B09HB8BBHW, B09HBRZ8HN, B09HBFN7KZ, B09JBJTFR4, and B09JBJC6G8 On information and belief, Nail SF has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G shows the Defendant's infringing product:



eee.     On information and belief, Defendant **Yinglong US** sells approximately 124 infringing units per month for approximately $866.76 via Amazon ASIN Nos. B07L2RGPSW.  On information and belief, Yinglong US has been selling infringing units in Texas since approximately October 2021. The following screenshot from Exhibit G

shows the Defendant's infringing product:



**FIRST CAUSE OF ACTION**
**Infringement of Patent No. 10/308,005**

21.     Plaintiff re-alleges and incorporates by reference each of the allegations in the

foregoing paragraphs as though fully set forth herein.

22.     Ms. DeFries is the current exclusive owner and assignee of all right, title, and

interest in and to U.S. Patent No. 10/308,005 ("the '005 patent"), duly and legally issued by the

United States Patent and Trademark Office, including the right to bring this suit for damages. A

true and correct copy of the '005 patent is attached hereto as Exhibit A.

23.     The '005 patent is valid and enforceable.

24.     Defendants have each directly infringed the '005 patent by making, using, selling,

offering for sale, and/or importing into the United States, without authority, products, methods

performed by and/or attributable to equipment, and or services that practice one or more claims

of the '005 patent, including but not limited to double ended hand tools, and components thereof

(herein the "Infringing Products ").

25.     As a non-limiting example, Defendants have each infringed claim 1 of the '005

patent. Claim 1 claims as follows—

"A tool for applying items, said tool comprising: a wax tip, and wherein said wax tip is

connected to a tubular portion, and wherein said wax tip comprises a conical shape;

a. wherein said tubular portion is coupled to a first end of a hollow connector, and wherein an applicator is adjacent to a second end of said hollow connector, wherein said applicator comprises a conical extended portion;

b. wherein said conical extended portion is hollow;

c. wherein said hollow connector is located inside of a hollow shaft;

d. an applicator cover which is coupled to said second end of said hollow connector, wherein said applicator cover surrounds said applicator and comprises a hole through which said conical extended portion extends;

e. wherein said applicator is adjacent to said hollow shaft;

f. wherein said tool comprises a first distal end opposite a second distal end, and wherein said wax tip is on a first distal end, and wherein conical extended portion is on said second distal end; and

g. wherein said applicator cover and said conical extended portion are visible when said tool is properly assembled."

26.     On information and belief each Defendant has infringed at least claim 1 of the '005 patent through its use of an application tool comprising each element of the claim.

27.     On information and belief each Defendant has had actual knowledge of both the Plaintiff's rights in the '005 patent and details of their infringement before the filing date of this Complaint.

28.     By reason of each Defendant's activities, Plaintiff has suffered substantial damages in an amount to be proven at trial. But for each Defendant's infringement of the '005 patent, Plaintiff would either licensed the '005 patent to the Defendants or sold them products defined by the '005 patent for resale. As a result of each Defendant's infringement, Plaintiff has

been damaged in an amount equal to the loss of profits that would otherwise have accrued to the Plaintiff from providing its parented product to the Defendants, but in no event less than a reasonable royalty.

### SECOND CAUSE OF ACTION
### Infringement of Patent No. D867,838

29.     Plaintiff re-alleges and incorporates by reference each of the allegations in the foregoing paragraphs as though fully set forth herein.

30.     Ms. DeFries is the current exclusive owner and assignee of all right, title, and interest in and to U.S. Patent No. D867,838 ("the '838 patent"), duly and legally issued by the United States Patent and Trademark Office, including the right to bring this suit for damages. A true and correct copy of the '838 patent is attached hereto as Exhibit D.

31.     The '838 patent is valid and enforceable.

32.     Defendants have each directly infringed the '838 patent by making, using, selling, offering for sale, and/or importing into the United States, without authority, products, methods performed by and/or attributable to equipment, and or services that practice one or more claims of the '838 patent, including but not limited to double ended hand tools, and components thereof (herein the "Infringing Products ").

33.     As a non-limiting example, Defendants have each infringed claim 1 of the '838 patent. Claim 1 claims as follows—

"The ornamental design for a double ended hand tool, as shown and described."



34.     On information and belief each Defendant has infringed at least claim 1 of the '838 patent through its use of an application tool comprising the ornamental design shown in the claim.

35.     On information and belief each Defendant has had actual knowledge of both the Plaintiff's rights in the '838 patent and details of their infringement before the filing date of this Complaint.

36.     By reason of each Defendant's activities, Plaintiff has suffered substantial damages in an amount to be proven at trial. But for each Defendant's infringement of the '838 patent, Plaintiff would either licensed the '838 patent to the Defendants or sold them products defined by the '838 patent for resale. As a result of each Defendant's infringement, Plaintiff has been damaged in an amount equal to the loss of profits that would otherwise have accrued to the Plaintiff from providing its parented product to the Defendants, but in no event less than a reasonable royalty.

### THIRD CAUSE OF ACTION
### Infringement of Patent No. D867,839

37.     Plaintiff re-alleges and incorporates by reference each of the allegations in the foregoing paragraphs as though fully set forth herein.

38.     Ms. DeFries is the current exclusive owner and assignee of all right, title, and interest in and to U.S. Patent No. D867,839 ("the '839 patent"), duly and legally issued by the United States Patent and Trademark Office, including the right to bring this suit for damages. A true and correct copy of the '839 patent is attached hereto as Exhibit E.

39.     The '839 patent is valid and enforceable.

40.     Defendants have each directly infringed the '839 patent by making, using, selling, offering for sale, and/or importing into the United States, without authority, products, methods

performed by and/or attributable to equipment, and or services that practice one or more claims of the '839 patent, including but not limited to double ended hand tools, and components thereof (herein the "Infringing Products ").

41.    As a non-limiting example, Defendants have each infringed claim 1 of the '839 patent. Claim 1 claims as follows—

"The ornamental design for a double ended hand tool, as shown and described."



42.    On information and belief each Defendant has infringed at least claim 1 of the '839 patent through its use of an application tool comprising the ornamental design shown in the claim.

43.    On information and belief each Defendant has had actual knowledge of both the Plaintiff's rights in the '839 patent and details of their infringement before the filing date of this Complaint.

44.    By reason of each Defendant's activities, Plaintiff has suffered substantial damages in an amount to be proven at trial. But for each Defendant's infringement of the '839 patent, Plaintiff would either licensed the '839 patent to the Defendants or sold them products defined by the '839 patent for resale. As a result of each Defendant's infringement, Plaintiff has been damaged in an amount equal to the loss of profits that would otherwise have accrued to the Plaintiff from providing its parented product to the Defendants, but in no event less than a reasonable royalty.

### FOURTH CAUSE OF ACTION
### Infringement of Patent No. 10/675,852

45.     Plaintiff re-alleges and incorporates by reference each of the allegations in the foregoing paragraphs as though fully set forth herein.

46.     Ms. DeFries is the current exclusive owner and assignee of all right, title, and interest in and to U.S. Patent No. 10/675,852 ("the '852 patent"), duly and legally issued by the United States Patent and Trademark Office, including the right to bring this suit for damages. A true and correct copy of the '852 patent is attached hereto as Exhibit B.

47.     The '852 patent is valid and enforceable.

48.     Defendants have each directly infringed the '852 patent by making, using, selling, offering for sale, and/or importing into the United States, without authority, products, methods performed by and/or attributable to equipment, and or services that practice one or more claims of the '852 patent, including but not limited to double ended hand tools, and components thereof (herein the "Infringing Products ").

49.     As a non-limiting example, Defendants have each infringed claim 1 of the '852 patent. Claim 1 claims as follows—

"A method for making a tool, said method comprising the steps of:

     a.   preparing a wax;

     b.   melting the wax;

     c.   injecting the melted wax into a mold to form a wax portion;

     d.   inserting a tubular portion into said wax portion to form a wax tip;

     e.   inserting said wax tip into a connector located on the tool

wherein said wax tip is connected to said tubular portion, and wherein said wax tip

     comprises a conical shape;

wherein said tubular portion is coupled to a first end of said connector, and wherein an

applicator is adjacent to a second end of said connector, wherein said applicator

comprises a conical extended portion;

wherein said conical extended portion is hollow;

wherein said connector is located inside of a hollow shaft, and wherein said connector is

hollow."

50.     On information and belief each Defendant has infringed at least claim 1 of the

'852 patent through its use of an application tool comprising each element of the claim.

51.     On information and belief each Defendant has had actual knowledge of both the

Plaintiff's rights in the '852 patent and details of their infringement before the filing date of this

Complaint.

52.     By reason of each Defendant's activities, Plaintiff has suffered substantial

damages in an amount to be proven at trial. But for each Defendant's infringement of the '852

patent, Plaintiff would either licensed the '852 patent to the Defendants or sold them products

defined by the '852 patent for resale. As a result of each Defendant's infringement, Plaintiff has

been damaged in an amount equal to the loss of profits that would otherwise have accrued to the

Plaintiff from providing its parented product to the Defendants, but in no event less than a

reasonable royalty.

## FIFTH CAUSE OF ACTION
### Infringement of Patent No. 10/967,625

53.     Plaintiff re-alleges and incorporates by reference each of the allegations in the

foregoing paragraphs as though fully set forth herein.

54.     Ms. DeFries is the current exclusive owner and assignee of all right, title, and

interest in and to U.S. Patent No. 10/975,625 ("the '625 patent"), duly and legally issued by the

United States Patent and Trademark Office, including the right to bring this suit for damages. A true and correct copy of the '625 patent is attached hereto as Exhibit B.

55.    The '625 patent is valid and enforceable.

56.    Defendants have each directly infringed the '625 patent by making, using, selling, offering for sale, and/or importing into the United States, without authority, products, methods performed by and/or attributable to equipment, and or services that practice one or more claims of the '625 patent, including but not limited to double ended hand tools, and components thereof (herein the "Infringing Products ").

57.    As a non-limiting example, Defendants have each infringed claim 1 of the '625 patent. Claim 1 claims as follows—

"A tool for applying items, said tool comprising:

a first end and a second end, said first and second ends coupled by a shaft;

wherein said first end comprises a wax tip, and wherein said second end comprises a
   hollow extended portion which is narrower than the shaft, and wherein said tool
   further comprises a connector located within said shaft, and wherein said hollow
   extended portion comprises a hollow tube, and further comprising an adapter,
   wherein said hollow extended portion which is narrower than the first end is coupled
   to said adapter, and wherein said connector couples said wax tip and said adapter."

58.    On information and belief each Defendant has infringed at least claim 1 of the '625 patent through its use of an application tool comprising each element of the claim.

59.    On information and belief each Defendant has had actual knowledge of both the Plaintiff's rights in the '625 patent and details of their infringement before the filing date of this Complaint.

60.     By reason of each Defendant's activities, Plaintiff has suffered substantial damages in an amount to be proven at trial. But for each Defendant's infringement of the '625 patent, Plaintiff would either licensed the '625 patent to the Defendants or sold them products defined by the '625 patent for resale. As a result of each Defendant's infringement, Plaintiff has been damaged in an amount equal to the loss of profits that would otherwise have accrued to the Plaintiff from providing its parented product to the Defendants, but in no event less than a reasonable royalty.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests the following relief:

A.      A judgment that each Defendant has infringed and is infringing each and every one of the Asserted Patents;

B.      A preliminary and permanent injunction against Defendants, its respective officers, agents, servants, employees, attorneys, parent and subsidiary corporations, assigns and successors in interest, **and those persons in active concert or participation with them**, enjoining them from infringement, inducement of infringement, and contributory infringement of each and every one of the Asserted Patents, including but not limited to an injunction against making, using, selling, **distributing**, and/or offering for sale within the United States, and/or importing into the United States, any products and/or services that infringe the Asserted Patents;

C.      Lost profit damages resulting from each Defendant's infringement of the Asserted Patents;

D.      A reasonable royalty for each Defendant's use of Plaintiff's patent product, as alleged herein;

E.      Prejudgment interest;

F.      Post-judgment interest;

G.      A judgment holding each Defendant's infringement of the Asserted Patents to be willful, and a trebling of damages pursuant to 35 U.S.C. § 284;

H.      A declaration that this Action is exceptional pursuant to 35 U.S.C. § 285, and an award to Plaintiff of its attorney's fees, costs, and expenses incurred in connection with this Action; and

I.      Such other relief as the Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.


Dated this 8th day of March, 2022.

                                        Respectfully Submitted,

                                        Leavitt Eldredge Law Firm

                                         _/Brandon J. Leavitt/_____
                                        Brandon James Leavitt
                                        Tx Bar No. 24078841

                                        4204 SW Green Oaks Blvd., Suite 140
                                        Arlington, TX 76107

                                        (214) 727-2055
                                        brandon@uslawpros.com

                                        **ATTORNEYS FOR PLAINTIFF**

**VERIFICATION STATEMENT**

I, Kellie DeFries, hereby state under oath that I am the Plaintiff in this dispute, that I have read the foregoing complaint, and that it is are true and accurate to the best of my knowledge and belief, except as to matters stated on information and belief, and that as to those matters I believe to be true.

I declare under penalty of perjury that the foregoing verification is true and correct to the best of my knowledge and belief, and as to any matter stated on belief, I believe such to be true. Dated this 8th day of March 2022.

_____/Kellie DeFries/_____
Kellie DeFries