IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLIE DEFRIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00549-M |
| | § | |
| MSB TRADE INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss. ECF No. 112. The Motion is **GRANTED**. Plaintiff's claims against the following Defendants are hereby **DISMISSED WITH PREJUDICE**, with each party to bear her or its own fees and expenses.

- JRUI TECH
- LABAIDER DIRECT-CAP TOP TINZ
- HIMO DIRECT
- SHENZHEN BAISITE NETWORK TECHNOLOGY CO., LTD, aka huangbeibei-Bysiter
- SHENZHEN XIRUIYA TECHNOLOGY, INC., aka Libby's Store
- SHENSZHEN JINGDU NETWORK TECHNOLOGY CO., LTD.
- CHAN WEI/AFANTTI US
- ORISICE/GREAT-POINTS STORE
- QIAOCRYSTAL/SHINY CRYSTAL
- HONOSON
- TATUO US

**SO ORDERED**.

July 12, 2024.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE

1