**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KELLIE DEFRIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00549-M |
| | § | |
| MSB TRADE INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER

Before the Court is Plaintiff's Status Report and Certificate of Compliance.  ECF No. 108.  In the Status Report, Plaintiff identifies several Defendants who have not been served and "who may be dismissed without prejudice."  *Id.* at 4.

The Court construes Plaintiff's Status Report as a Motion to Dismiss the unserved Defendants without prejudice.  The Motion is **GRANTED**.  The following Defendants are dismissed without prejudice for failure to timely effectuate service of process under Federal Rule of Civil Procedure 4(m):

- Aaron/shuaishuaiLIU
- Amy's Store LLC
- CRM Deals
- Dream-faster
- Libby Hu-Libby's Store
- Freda breuer/Central Sales
- Guang yu-HummOne
- Johanna Bernard/MiddletonShippers
- libang-libangdd
- Linghua Hu-Bringsurprise
- MFWUEIHN
- Shenzen
- Takia Pleasant/BFF Beauty Supply Store LLC
- hexiaoming/rhdf hfdhfshfsfjdjdgfjfssfkfkdgkgdkd gdksjfgkdg

1

- Wang Yanjie-COSITTE
- Wangxia / Homie-Shop
- YeFuQing-DongShanXianOuMiDeMaoYiYouXianGong Si

**SO ORDERED**.

July 30, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE